IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

United States of America

      v.      Case No. 7:23-CR-40-RSB

Christopher Withers

<u>Defendant's Notice of *Jencks* demand, assertion of Fifth and Sixth Amendment rights, and notice of discovery request</u>

Christopher Withers, through counsel, respectfully notifies this court and the government that he will request the statements of testifying witnesses at each hearing that enables him to make such a request, including his detention hearing. *See* Fed. R. Crim. P. 26.2.

Mr. Withers asserts his Fifth Amendment right to counsel and to remain silent, along with his Sixth Amendment right to counsel.

Finally, Mr. Withers notifies this court that he has requested discovery, and a copy of his initial discovery request is appended to this notice for the record.

Respectfully submitted,

/s Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org
540 589 6783